**THE LAW OFFICES OF ALEXANDRE TURNER, LLC**
1500 WALNUT STREET, 21ST FLOOR, PHILADELPHIA, PENNSYLVANIA 19102
PHONE: (267) 225-6628 WEB: ALEXANDRETURNER.COM EMAIL: ALEX@NDRETURNER.COM

March 12, 2021

*Via Electronic Mail*

The Honorable Paul S. Diamond
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

RE:   U.S. v. Corey Barkley  20-110

Dear Judge Diamond:

My name is Alex Turner and I am counsel to Corey Barkley. I am writing to request a brief continuance of the sentencing hearing in this matter, which hearing is scheduled Thursday of next week, March 17, 2021. I require further time to review the final Pre-Sentence Report with my client, which report was released yesterday. I believe the time spent in consultation with my client and in preparation of our sentencing memorandum will streamline the issues which may be presented at the sentencing hearing.

I anticipate needing an additional three weeks preparation. Accordingly, I request that the Court consider continuing this matter to the first week of April, if the Court is available.

I have spoken to the counsel for the Government regarding this request and she has no objection.

I thank the Court in advance for its consideration.

Respectfully,

Alexandre N. Turner
The Law Offices of Alexandre Turner, LLC

cc: AUSA MaryTeresa Soltis